IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| BARBARA GORDON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-215 |
| | § | |
| CITY OF GALVESTON | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order granting the "Motion for Summary Judgment" of the City of Galveston, it is **ORDERED** and **ADJUDGED** that Plaintiff, Barbara Gordon, take nothing, that her "Employment Discrimination Complaint" is **DISMISSED on the merits with prejudice**, and that the City of Galveston **RECOVER** its costs of action.

**DONE** at Galveston, Texas, this   29th   day of January, 2007.

John R. Froeschner
United States Magistrate Judge